FRANK W. MOLLOY, Respondent, *v.* THE CITY OF NEW ROCHELLE, Appellant.

*Molloy* v. *City of New Rochelle,* 110 App. Div. 895, modified.
(Argued November 27, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for alleged extra work in the performance of a contract.

*William D. Sawyer, Corporation Counsel (Joseph T. Brown, Jr.,* of counsel), for appellant.

*L. Lafflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment of Trial Term modified by deducting therefrom $1,630.55, and reducing the extra allowance proportionately, and as modified affirmed, without costs in this court to either party; no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Vann and Chase, JJ. Not sitting: Willard Bartlett, J. Absent: O'Brien, J.